CHARLES LICHTENSTEIN et al., Copartners Doing Business under the Name of LICHTENSTEIN & SCHERTZER, Appellants, v. BILTWELL FURS, INC., Respond-

ent.—· Order unanimously affirmed, with $20 costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.